### FAIRFIELD COUNTY, AUGUST TERM, A. D. 1792.

### CURTICE v. BEARDSLY & MALLET.

An issue which contains substance, though informal, after verdict, is good.

ERROR to reverse a judgment of the County Court, in an action brought by said Curtice v. Beardsly et al. before a justice, and appealed to the County Court; wherein the plaintiff declared, that on the 13th of May, A. D. 1789, the defendants, by a certain note of that date promised the plaintiff to pay to him £44 lawful money, by the 1st of April, A. D. 1793, with the lawful interest annually, that one year's in-

terest had become due on said note, amounting to £2 12s. lawful money which the defendants had never paid, damage £      writ dated 13th of May, A. D. 1790.

Plea in bar — That said note was given to said Curtice, by said Beardsly and Mallet, jointly, with two other notes, one executed by said Beardsly, and one by said Mallet, separately, for a deed of land, executed by said Curtice to them; that soon after, viz. on the 11th of June, A. D. 1789, it was agreed between all said parties to throw up said bargain, and they re-delivered to the plaintiff his said deed, unrecorded, which he accepted and the plaintiff delivered up to the defendants their separate notes given as aforesaid; but not having the note on which, etc. given by them jointly, with him, he declared that he would, and did, in consideration of having received back his said deed, absolutely discharge the defendants of and from any demand he had or might have against them by virtue, or on account of said note.

The plaintiff replied — Traversing all the facts alleged in the defendants' plea.

The defendants rejoined, by affirming their plea in bar; upon which the parties were at issue to the court.

The court found the facts alleged in the defendant's plea and rejoinder to be true, and gave judgment for the defendants to recover their cost.

Error assigned — That the issue was immaterial; that judgment ought to have been for the plaintiff to have recovered his just damages and cost.

The exception taken to the issue was — That the defendants had not set forth the discharge; but had only averred that the plaintiff did discharge them, and that the finding of the issue by the court could not help it.

By the Court. There is nothing erroneous in the judgment complained of; the plea contains matter sufficient to bar the plaintiff of a recovery; which is traversed by the plaintiff,

and by the court found to be true; and any defect in point of form is aided by the verdict, or the finding of the court. The plea affirms that the plaintiff did discharge the defendants which is a fact denied by the plaintiff, and found by the court; how it was made out and evinced this court cannot inquire.